UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PALOMINO MASTER LTD., AZTECA PARTNERS LLC, and APPALOOSA LP,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, and ULRICH KÖRNER,<br><br>Defendant. | Civil Action No. 24-05539 (JXN) (JRA)<br><br>**ORDER** |

**NEALS**, District Judge:

    This matter comes before the Court on Plaintiffs Palomino Master Ltd., Azteca Partners LLC, and Appaloosa LP's (collectively "Plaintiffs") appeal pursuant to Federal Rule of Civil Procedure 72(a) and Local Civil Rule 72.1(c)(1) (ECF No. 20) of the January 31, 2025 Opinion and Order ("January 31 Order" or "Op.") entered by the Honorable José R. Almonte, U.S.M.J. ("Judge Almonte"). (ECF No. 19). The Court has carefully considered the parties' submissions and decides this matter without oral argument under Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b).

    For the reasons set forth in the accompanying opinion,

    **IT IS** on this 10th day of September 2025,

    **ORDERED** that Plaintiff's appeal (ECF No. 20) is **DENIED**, and the January 31 Order (ECF No. 19) is **AFFIRMED.**

_____<br>
JULIEN XAVIER NEALS<br>
United States District Judge